**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GERTRUDE S. LANDMESSER,     :   No. 708 MAL 2015

       Petitioner       :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Commonwealth Court

       v.                   :

                                 :

UNEMPLOYMENT COMPENSATION     :
BOARD OF REVIEW,                  :

       Respondent      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of January, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Mr. Eakin did not participate in the decision of this matter.